BERNARD E. MULLIGAN, Respondent, *v.* NEW YORK ATHLETIC CLUB OF THE CITY OF NEW YORK, Appellant.

Argued March 1, 1951; decided April 5, 1951.

*John P. Carson, Reginald V. Spell* and *Harold Schaffner* for appellant.

*Joseph H. Sand, Samuel L. Sargent* and *Bernard Meyerson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LEWIS, J., dissents and votes to reverse the judgments and to dismiss the complaint upon the ground that the plaintiff was guilty of contributory negligence as a matter of law.